# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    : No. 8 WAP 2014
                                    :
            Appellant         : Appeal from the Judgment of Sentence of
                                    : the Court of Common Pleas of Allegheny
                                    : County entered December 3, 2013 at No.
           v.                 : CP-02-CR-0010292-2012.
                                    :
                                    :
DESMOND D. SCOTT,                :
                                    :
            Appellee          :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW,** this 29th day of September, 2015, the Judgment of Sentence of the Court of Common Pleas is **AFFIRMED**.